UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JENNIFER McDONALD**                                                              **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO. 5:18-CV-83-DCB-JCG**

**STATE OF MISSISSIPPI, OFFICE OF
THE GOVERNOR, DIVISION OF
MEDICAID and SARAH UNDERWOOD,
in her individual capacity**                                                       **DEFENDANTS**

## NOTICE OF SERVICE

The Office of the Governor, Division of Medicaid (identified in the Complaint as "State of Mississippi Office of the Governor Division of Medicaid" and referred to hereinafter as "DOM"), and Sarah Underwood, in her individual capacity, by and through counsel of record, have this day served the following documents upon counsel for Plaintiff via electronic means:

1. Defendants' Initial Disclosures; and
2. Documents Bates-numbered MDOM 1 - 641.

Respectfully submitted this the 27th day of December, 2018.

> **STATE OF MISSISSIPPI, OFFICE OF
> THE GOVERNOR, DIVISION OF
> MEDICAID and SARAH UNDERWOOD,
> Defendants**
>
> **JIM HOOD, ATTORNEY GENERAL
> STATE OF MISSISSIPPI**
>
> Benny M. May (MSB #100108)
> *Office of the Attorney General*
> Post Office Box 220
> Jackson, Mississippi 39205
> Email: bemay@ago.state.ms.us
> Telephone: (601) 359-3680

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this day filed the above and foregoing via the Court's ECF system, which will automatically send notice to all counsel of record.

This, the 27th day of December, 2018.

                                                          Benny M. May (MSB #100108)